UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

ALI MUGALLI HASSAN,

        Defendant.

Case No.  18-cr-00219-PJH-1

**ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE REPLY**

Re: Dkt. No. 286

     In connection with his pro se motion for sentence reduction under 18 U.S.C. § 3582(c)(2), defendant Ali Mugalli Hassan has filed a request for an extension of time, to April 11, 2024, to file his reply in support of his motion.  See Dkt. 286.

     On March 21, 2024, the probation office filed its supplemental response to defendant's motion.  See Dkt. 287.  Defendant's motion is GRANTED, and he shall have until **April 18, 2024**, to file a reply.

     **IT IS SO ORDERED.**

Dated:  March 27, 2024

                /s/ *Phyllis J. Hamilton*

                PHYLLIS J. HAMILTON
                United States District Judge

United States District Court
Northern District of California