UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cr-00219-PJH-1 |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALI MUGALLI HASSAN, | Re: Dkt. No. 301, 316 |
| Defendant. | |

Pursuant to the order signed February 4, 2026, denying defendant's 28 U.S.C. § 2255 motion, a judgment of dismissal of the § 2255 motion is entered in favor of the government and against defendant/movant.  Defendant/movant shall obtain no relief by way of the § 2255 motion.

**IT IS SO ORDERED.**

Dated:  April 2, 2026

_____/s/ *Phyllis J. Hamilton*_____
PHYLLIS J. HAMILTON
United States District Judge