UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALI MUGALLI HASSAN,<br>Defendant. | Case No. 18-cr-00219-PJH-1<br><br>**ORDER DENYING MOTION TO VACATE, MOTION FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 318, 319 |

Defendant in the above-captioned case filed a motion under 28 U.S.C. § 2255, asserting, among other claims, ineffective assistance of counsel, which was denied on February 4, 2026. See Dkt. 316. The court's order specifically stated that "because defendant has not made a substantial showing of the denial of a constitutional right, the court DENIES a certificate of appealability." See id. at 5.

Defendant has now filed a motion to vacate the court's order, as well as a motion for a certificate of appealability. See Dkt. 318, 319.

As to the motion to vacate, the court finds it to be repetitive of defendant's § 2255 motion, and further notes that it cites no authority for the relief sought and does not meet the requirements for a motion for leave to seek reconsideration.

As to the request for a certificate of appealability, the court again points out that the court's February 4 order specifically denied such a certificate, and the court is unaware of any requirement that the denial be filed as a separate order.

Accordingly, defendant's motion to vacate (Dkt. 318) and motion for a certificate of

appealability (Dkt. 319) are DENIED.

**IT IS SO ORDERED.**

Dated:  April 2, 2026

　　　　　　　　　　　　　　　　_/s/ *Phyllis J. Hamilton*_
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California